1

2

3

4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7

8
OPERATING ENGINEERS' HEALTH
AND WELFARE TRUST FUND, et al.,

9
              Plaintiffs,              No. C 14-1375 PJH

10

11
       v.                   **ORDER OF REFERENCE
TO MAGISTRATE JUDGE**

12
TRI-VALLEY SWEEPING, et al.,

13
              Defendants.
_____/

14
      Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a

15
report and recommendation on plaintiffs' motion for default judgment.

16
      The parties will be advised of the date, time and place of any appearance by notice

17
from the assigned Magistrate Judge.

18

19
**IT IS SO ORDERED.**

20
Dated:  September 12, 2014

21

22
_____
PHYLLIS J. HAMILTON
United States District Judge

23

24
cc:  MagRef, Assigned M/J

25

26

27

28