UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRI-VALLEY SWEEPING, et al.,<br><br>Defendants. | Case No.  14-cv-01375-PJH   (KAW)<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING REGARDING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**<br><br>Dkt. No. 18 |

On September 11, 2014, Plaintiffs filed a motion for default judgment against Defendant Tri-Valley Sweeping. (Dkt. No. 18.)  On September 12, 2014, the motion was referred to the undersigned for report and recommendation. (Dkt. No. 23.)

Upon review of Plaintiffs' moving papers, the Court requires supplemental briefing in support of Plaintiffs' request for reasonable attorneys' fees and costs.  Plaintiffs' supplemental briefing must comply with the requirements set forth in Civil Local Rule 54-5(b)(2)-(3).  A supplemental declaration is sufficient.

Plaintiffs shall file the supplemental briefing on or before November 17, 2014.  The November 20, 2014 hearing will go forward as scheduled.

Additionally, Plaintiffs shall serve a copy of this order on Defendant.

IT IS SO ORDERED.

Dated: November 12, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge