UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRI-VALLEY SWEEPING, et al.,<br><br>Defendants. | Case No. 14-cv-01375-PJH   (KAW)<br><br>ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT; ORDER REQUIRING ADDITIONAL BRIEFING<br><br>Dkt. No. 18 |

On September 11, 2014, Plaintiffs filed a motion for default judgment against Defendant Tri-Valley Sweeping. (Dkt. No. 18.) On September 12, 2014, the motion was referred to the undersigned for report and recommendation. (Dkt. No. 23.) On November 12, 2014, the Court ordered Plaintiffs to file a supplemental briefing in support of their request for reasonable attorneys' fees and costs, which complied with the requirements set forth in Civil Local Rule 54-5(b)(2)-(3), on or before November 17, 2014. (Dkt. No. 31.)

On November 17, 2014, instead of filing the supplemental brief as ordered, Plaintiffs notified the Court that they had been contacted by Defendants, and requested that the November 20, 2014 hearing be continued to allow sufficient time for the parties to resolve the matter informally. (Dkt. No. 33.) The Court granted the request and continued the hearing to January 15, 2015. (Dkt. No. 34.)

Plaintiffs did not file a supplemental brief in support of their request for attorneys' fees and costs until January 13, 2015 at 4:35 p.m. (Dkt. No. 38.) This is not sufficient time for the Court to review the brief in advance of the January 15, 2015 hearing. Plaintiffs also filed an amended proposed judgment on January 13, 2015. (Dkt. No. 36.) Both the supplemental brief and amended proposed judgment included attorneys' fees earned after the motion for default judgment was filed

1  and an updated amount of the alleged deficiency.  As to the attorneys' fees and costs, it is unclear,
2  however, (1) when the fees were incurred, and (2) which fees were incurred in relation to the
3  attempted collection of the delinquency, which is recoverable, and which fees, if any, were
4  incurred in relation to the deficiencies in the original motion for default judgment, which would be
5  unreasonable.  In addition, the brief shall also address the breakdown of the amended amounts of
6  unpaid contributions, liquidated damages, and interest—akin to what was provided in the motion
7  for default judgment—as the summary in the amended proposed judgment is inadequate to support
8  the relief requested.  Plaintiffs shall submit their second supplemental brief, supported by billing
9  records, on or before January 21, 2015.

10  The Court notes that the law firm of Saltzman & Johnson is routinely ordered to submit
11  supplemental briefing in support of its requests for attorneys' fees in connection with motions for
12  default judgment.  In fact, the Court will continue the hearing on this motion to February 5, 2015,
13  because counsel is already scheduled to appear on another case, which also required additional
14  time to accommodate supplemental briefing in support of the request for attorneys' fees and costs.
15  *See* Order Requiring Supplemental Briefing Regarding Plaintiffs' Motion for Default Judgment;
16  Order Setting Hearing Date, *Bricklayers Local 3 Pension Trust, et al. v. South Valley Masonry,*
17  *Inc.*, 14-cv-03515-JSW (KAW) (N.D. Cal. Dec. 5, 2014), ECF 27.  While the undersigned has
18  been generous in providing the Saltzman & Johnson Law Corporation opportunities to file
19  supplemental briefs to remedy the deficiencies in its moving papers, this will not be the case going
20  forward.  Instead, in the interest of conserving our court's limited resources, future requests for
21  attorneys' fees that are not sufficiently supported will be denied.  Accordingly, counsel should
22  ensure that any request for reasonable attorneys' fees and costs comply with the requirements set
23  forth in Civil Local Rule 54-5.
24  ///
25  ///
26  ///
27  ///
28  ///

The hearing on Plaintiffs' motion for default judgment is continued to February 5, 2015 at 11:00 a.m. at 1301 Clay Street, Oakland, California.  Plaintiffs' second supplemental brief shall be filed on or before January 21, 2015.

Plaintiffs shall serve a copy of this order on Defendant.

IT IS SO ORDERED.

Dated: January 14, 2015

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge